JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELI CORTES, an individual; MATHEW CORTES, by and through his guardian ad litem, Araceli Cortes,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATON; SEBASTIAN THOMPSON, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. CV 22-2531-MWF (MRWx)<br><br>**ORDER AND JUDGMENT GRANTING APPROVAL OF THE MINOR'S COMPROMISE** |

　　　　The Court has reviewed the Petition for Approval of the Minor's Compromise (Docket Nos. 13 and 16) and the accompanying Declaration of Araceli Cortes, Guardian Ad Litem for minor Mathew Cortes (Docket No. 18).  The Petition is **GRANTED,** as the Court finds the net amount to be distributed to the minor Plaintiff is fair, reasonable, and in his best interest.  Finding **GOOD CAUSE** has been shown:

　　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

　　　　1.　　The Petition is **GRANTED**.

　　　　2.　　The settlement of minor Plaintiff Mathew Cortes in the total amount of $1,000.00, is **APPROVED**.

　　　　3.　　Within twenty-one (21) days of the date that this Order and Judgment is entered on the docket, Defendants, through counsel, shall prepare and deliver a

check to settle the claims of minor Plaintiff Mathew Cortes, payable as set forth herein.

4. The $1,000.00 total settlement shall be deposited into a separate interest-bearing, federally insured, blocked account, from which no withdrawals shall be made without a court order until the minor reaches the age of majority.

5. Within 72 hours of receipt of a check payable to the order of Mathew Cortes, Plaintiff Araceli Cortes, as Guardian Ad Litem for the minor Plaintiff Mathew Cortes, must deposit the check in the blocked account.

6. Plaintiff Araceli Cortes must deliver to the depository at the time of deposit of the check a copy of this Order and Judgment.

7. No withdrawals of principal or interest may be made from the blocked accounts without a written order under this case name and number signed by a judge, and bearing the seal of this Court, until the minors attain the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of the Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this Order.

8. Plaintiff Araceli Cortes is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

9. Bond is waived.

IT IS SO ORDERED.

DATED: November 18, 2022

*(signature)*

MICHAEL W. FITZGERALD
United States District Judge