# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARACELI CORTES, an individual; MATHEW CORTES, by and through his guardian ad litem, ARACELI CORTES, | Case No. CV 22-2531 MWF (MRWx) |
| | Hon. Michael W. Fitzgerald |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| TARGET CORPORATION, a business entity; SEBASTIAN THOMPSON, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

After review of the parties' Stipulation of Dismissal and good cause appearing therefor, the Court ORDERS this matter dismissed, with prejudice, the parties to bear their own fees and costs.

IT IS SO ORDERED.

Dated: January 12, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge